**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In Re:   SHAMIKA L MIMS                §
                                       §   Case No.: 08-22947
                                       §
                                       §
                                       §
                                       §
         Debtor(s)                     §
--------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2008.

2) This case was confirmed on 01/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/15/2009.

5) The case was dismissed on 08/13/2009.

6) Number of months from filing to the last payment:  7

7) Number of months case was pending:  15

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    3,500.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,075.60 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 3,075.60 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 221.45 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 221.45 |
| Attorney fees paid and disclosed by debtor | $ 6.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 4,780.00 | 14,724.22 | 14,058.00 | 2,615.38 | 238.77 |
| SANTANDER CONSUMER U | UNSECURED | 10,140.00 | .00 | 666.22 | .00 | .00 |
| CAR CREDIT CENTER IN | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 400.00 | 490.00 | 490.00 | .00 | .00 |
| HAMMOND CITY CLERK | UNSECURED | 115.50 | NA | NA | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 3,305.00 | 3,874.01 | 3,874.01 | .00 | .00 |
| NIPSCO | UNSECURED | 700.00 | 616.47 | 616.47 | .00 | .00 |
| CASH LOANS TODAY INC | UNSECURED | NA | 402.77 | 402.77 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 397.64 | 397.64 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 3,583.00 | 3,589.33 | 3,589.33 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | NA | 102.63 | 102.63 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | NA | 1,553.09 | 1,553.09 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | NA | 1,636.23 | 1,636.23 | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 847.00 | 2,226.15 | 2,226.15 | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | NA | 85.00 | 85.00 | .00 | .00 |
| PATIENTS 1ST ER MEDI | UNSECURED | .00 | 1,216.70 | 1,216.70 | .00 | .00 |
| HEALTHY KIDS | UNSECURED | 668.00 | 668.00 | 668.00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 2,820.48 | 2,820.48 | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | NA | 730.22 | 730.22 | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | NA | 677.42 | 677.42 | .00 | .00 |
| KIT LEE | OTHER | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 670.00 | 670.28 | 670.28 | .00 | .00 |
| VERIZON NORTH | UNSECURED | 644.00 | 644.65 | 644.65 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SER | UNSECURED | NA | 2,774.08 | 2,774.08 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 390.33 | 390.33 | .00 | .00 |
| AARON SALES & LEASE | UNSECURED | 1,068.00 | NA | NA | .00 | .00 |
| AARON SALES & LEASE | UNSECURED | 526.00 | NA | NA | .00 | .00 |
| AARON SALES & LEASE | UNSECURED | 472.00 | NA | NA | .00 | .00 |
| AARON SALES & LEASE | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| AMERICAN RECOVERY SY | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CA | OTHER | .00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,360.00 | NA | NA | .00 | .00 |
| BALLY TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,634.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,820.00 | NA | NA | .00 | .00 |
| CUBSA INC | UNSECURED | 1,270.00 | NA | NA | .00 | .00 |
| RIVER PARK APARTMENT | OTHER | .00 | NA | NA | .00 | .00 |
| CUBSA INC | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| GARY SANITARY DISTRI | OTHER | .00 | NA | NA | .00 | .00 |
| CBE GROUP | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| DIRECT CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CMI | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 2,332.00 | NA | NA | .00 | .00 |
| WOW CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 394.00 | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | OTHER | .00 | NA | NA | .00 | .00 |
| FEDERAL CREDIT CORP | UNSECURED | 556.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 397.00 | NA | NA | .00 | .00 |
| GC SERVICES DATA CON | UNSECURED | 2,097.00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| GLA COLLECTION | UNSECURED | 610.00 | NA | NA | .00 | .00 |
| H&R BLOCK | UNSECURED | 517.00 | NA | NA | .00 | .00 |
| HAMMOND CITY CLERK | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| HARRIS | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 3,458.00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| JEWEL FOOD STORES | OTHER | .00 | NA | NA | .00 | .00 |
| HELVEY ASSOCIATION | UNSECURED | 133.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| KROGER CHECK RECOVER | OTHER | .00 | NA | NA | .00 | .00 |
| RUSSEL G WINICK | UNSECURED | .00 | NA | NA | .00 | .00 |
| THRIFTY CAR RENTAL | UNSECURED | 6,444.92 | NA | NA | .00 | .00 |
| ATTORNEY GENERAL UNE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPLOYMEN | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| INDIANA EMPLOY & TRA | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| HEALTHY KIDS SC | OTHER | .00 | NA | NA | .00 | .00 |
| KOMYATT ASSOC | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| PATIENS FIRST | OTHER | .00 | NA | NA | .00 | .00 |
| KOMYATT ASSOC | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| PATIENTS 1ST ER MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| MARAUDER CORP | UNSECURED | 647.00 | NA | NA | .00 | .00 |
| ALLIED CASH ADVANCE | OTHER | .00 | NA | NA | .00 | .00 |
| METABANK ULTRAVX VIS | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| NCO-MEDCLR | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| GREGORY EMERGENCY PH | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,444.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| RIDDLE & ASSOCITES | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| DIRECT CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 14,046.00 | NA | NA | .00 | .00 |
| STRACK & VAN | UNSECURED | 687.00 | NA | NA | .00 | .00 |
| AFFILIATED GROUP | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| KNS FUNDING INC | OTHER | .00 | NA | NA | .00 | .00 |
| UNION AUTO SALES | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| UNIQUE NATIONAL COLL | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| PORTER COUNTY PUBLIC | OTHER | .00 | NA | NA | .00 | .00 |
| VANRU CREDIT | UNSECURED | 709.00 | NA | NA | .00 | .00 |
| NW BUS COLLEGE SW CA | OTHER | .00 | NA | NA | .00 | .00 |
| WEST ASSET MGNT | UNSECURED | 1,253.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| WISEWAY SUPERMARKET | UNSECURED | 912.00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 730.00 | NA | NA | .00 | .00 |
| TRIBUTE | OTHER | .00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 677.00 | NA | NA | .00 | .00 |
| SALUTE | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,058.00 | 2,615.38 | 238.77 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,058.00 | 2,615.38 | 238.77 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,231.70 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 221.45 |
| Disbursements to Creditors | $ | 2,854.15 |
| **TOTAL DISBURSEMENTS:** | $ | 3,075.60 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/02/2009                    /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**